UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  David Paschal Makhanlall            )        Case No:      14-33635
        Savitri Devi Makhanlall             )        Chapter 13

**OBJECTION TO CONFIRMATION**

 **COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on <u>June 22, 2015</u>, for the cause as follows:

1. The Debtors filed this Chapter 13 Petition on <u>July 7, 2014</u> under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325.

3. The above filed Chapter 13 Plan fails to pay all the disposable income into the Chapter 13 plan shown by:

4. This proposed plan, having previously been confirmed with funding in the amount of $32,700.00, fails to show a substantial change in circumstances to merit a modification and lowering of the plan payments.

5. The Trustee requested current pay stubs (3 months before the date of the filing of this objection) for the debtors, and a copy of 2014 tax returns (full returns to include all schedules and forms).

6. The Chapter 13 Trustee would suggest that the debtor pay all disposable income into the Chapter 13 Plan.

 WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: <u>August 12, 2015</u>               /s/Susan H. Call
                          Susan H. Call, Counsel for
                          Carl M. Bates
                         Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

## Certificate of Service

I hereby certify that on August 12, 2015, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), David Paschal and Savitri Devi Makhanlall, 5550 Bell Flower Court, Prince George, VA 23875 and electronically sent to debtor's attorney, Richard James Oulton, Esquire, southsidedebtlawgroup@gmail.com.

/s/Susan H. Call
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  David Paschal Makhanlall        )       Case No:    14-33635
        Savitri Devi Makhanlall         )       Chapter 13


Debtor Address      5550 Bell Flower Court
                    Prince George, VA 23875

Last four digits of Social Security No(s).:     9989
                                                0429

**NOTICE OF OBJECTION TO CONFIRMATION**

    Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  __X__    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA 23219

You must also mail a copy to:

        Susan H. Call, Counsel for
        Carl M. Bates
        Chapter 13 Trustee
        P.O. Box 1819
        Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

    _____       Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

    __X__       Attend the hearing on the objection scheduled to be held on **August 19, 2015** at **9:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5100**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:   August 12, 2015                                 /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                      Carl M. Bates
                                                      Chapter 13 Trustee
                                                      P.O. Box 1819
                                                      Richmond, VA 23218-1819
                                                      VSBN 34367


### **Certificate of Service**

I hereby certify that on August 12, 2015, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s), David Paschal and Savitri Devi Makhanlall, 5550 Bell Flower Court, Prince George, VA 23875 and electronically sent to debtor's attorney, Richard James Oulton, Esquire, southsidedebtlawgroup@gmail.com.

                                                      /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                     Carl M. Bates
                                                     Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367