UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| IN RE: | ) | |
|---|---|---|
| | ) | CASE NO. 14-33635-KLP |
| David Paschal Makhanlall | ) | |
| Savitri Devi Makhanlall | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

RESPONSE TO OBJECTION TO PLAN

Now comes the Debtor(s) in this matter, by counsel, and as and for Debtor(s) Response to the Trustee's Objection filed on 08/12/2015 to the Debtor(s)' Chapter 13 Plan says as follows:

1. That they admit the allegations set forth in paragraphs 1, 2, and 5 of the Objection.

2. That they deny the allegations set forth in paragraphs 3, 4 and 6 of the Objection and state as follows:

    a. That their previously confirmed plan paid $545.00 per month for 60 months for a total plan funding of $32,700.00.

    b. That the previous and current monthly budget as stated on Schedules I and J is $484.00 per month.

    c. That the plan currently before the court for confirmation pays $545.00 for the first 11 months and then pays $600.00 per month for the remaining 49 months for a total plan funding of $35,395.00.

    d. Both plans provide a 36% dividend to the unsecured creditors.

WHEREFORE, Debtor(s) respectfully move the Court that the Plan be confirmed.

Respectfully submitted:

David Paschal Makhanlall
Savitri Devi Makhanlall
BY: /s/ Richard J. Oulton
Counsel

Richard J. Oulton, VSB#29640
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428

Certificate of Service

    I certify that on August 13, 2015, I sent a true copy of the foregoing Answer by ECF transmittal, first class mail, postage prepaid, via e-mail or fax to the following parties:

Carl M. Bates
By ECF Transmission

        /s/ Richard J. Oulton
        Richard J. Oulton